UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**EDWARD GOMEZ,**

              Plaintiff(s);

V.

**WORLD SAVINGS BANK FSB, ET AL.,**

              Defendant(s).

No. **1:10-CV-01463-OWW-DLB**

**ORDER SETTING MANDATORY SCHEDULING CONFERENCE**

**DATE: December 15, 2010**
**TIME: 08:15 AM**

**COURTROOM: #3 (7th Floor)**

**JUDGE OLIVER W. WANGER**

    Rule 16, F.R.Civ.P., requires the Court to enter a Scheduling Conference Order within 120 days of the date of the Complaint being served upon the defendant.  Counsel are referred to F.R.Civ.P., Rule 4(m) regarding the requirement of timely service of the complaint.   Therefore, it is ordered that you appear for a formal Scheduling Conference (formerly called Status Conference) before U. S. District Judge Oliver W. Wanger in Courtroom 3 , United States Courthouse, 2500 Tulare Street,  Fresno, CA 93721.    Because of the mandate of Rule 16, F.R.Civ.P., continuances beyond said 120 days cannot be granted.

Because of the mandates of Rule 16, supra, this Order may be served upon counsel for the plaintiff(s) before appearances of defendant(s) are due. It is the obligation of counsel for the plaintiff(s), or in the instances of a Petition for Removal, counsel for the defendant, to serve a copy of this Order **and a copy of the Standing Order served herewith,** on the defendant(s), or, if identified, on their counsel, **promptly** upon receipt of this Order, and to file an appropriate proof of such service with the Court, in compliance with Rule 135(a) of the Local Rules of Practice for the Eastern District of California.

Attendance at the Scheduling Conference is *mandatory* upon each party not represented by counsel or, alternatively, by retained counsel. Only counsel who are thoroughly familiar with the facts and law of the instant case, and who have full authority to bind his or her client, shall appear. Trial counsel should participate in this Scheduling Conference whenever possible. It may be necessary for counsel to spend as much as 45 minutes in this Conference.

A Joint Scheduling Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, in full compliance with the requirements set forth in Exhibit "A" attached hereto, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to **owworders@caed.uscourts.gov**.

For reference purposes, the Court requires that counsels' Joint Scheduling Report indicate the date, time, and courtroom of the Scheduling Conference opposite the caption on the first page of the Report.

Among other things, counsel will be expected to discuss the possibility of settlement. Counsel are to thoroughly discuss settlement with each other before undertaking the preparation of the Joint Scheduling Report and engaging in extensive discovery. However, even if settlement negotiations are progressing, counsel are expected to comply with the requirements of this Order unless otherwise excused by the Court. If the case is settled, please **promptly** inform the Court, and counsels' presence, as well as the Joint Scheduling Report, will not be required.

Counsel are encouraged to consent to the jurisdiction of U.S. Magistrate Judge, and will be expected to discuss their positions with respect to this at the conference. Should all parties reach an agreement to such consent prior to the conference, please contact the court and the conference will be rescheduled before the assigned Magistrate Judge.

**Counsel, whose office is more than fifty (50) miles from the Courthouse, may request that their attendance be by telephonic conference.** If two or more parties wish to appear telephonically, counsel shall decide which will be responsible for making prior arrangements for the conference call with the AT&T operator (if counsel do not have conference call capabilities on their telephone systems), and shall initiate the call at the above-designated time.

After all parties are on the line, the call should then be placed to Judge Wanger's chambers at (559) 499-5650 . **Additionally, counsel are directed to indicate on the face page of their Joint Scheduling Report that the conference will be telephonic.**

*UNITED STATES DISTRICT JUDGE*

*/s/ OLIVER W. WANGER*

**EXHIBIT "A"**

At least twenty (20) days prior to the Mandatory Scheduling Conference, the actual trial counsel for all parties shall conduct and conclude a conference at a time and place arranged by counsel for the plaintiff(s). This conference shall preferably be a personal conference between counsel but, due to the distance involved in this District, a telephonic conference call involving all counsel is permissible. The Joint Scheduling Report shall respond to the following items by corresponding number paragraphs:

1. Summary of the factual and legal contentions set forth in the pleadings of each party, including the relief sought by any party presently before the Court.

2. Any proposed amendment to the pleadings presently on file shall be filed by its proponent contemporaneously with the Scheduling Conference Report. If the matter cannot be resolved at the Scheduling Conference, the matter will be set as a Motion to Amend in accordance with the Rules of Practice of the Eastern District of California.

3. A summary detailing the uncontested and contested facts.

4. A summary of the legal issues as to which there is no dispute, i.e., jurisdiction, venue, applicable federal or state law, etc., as well as a summary of the disputed legal issues.

5. The status of all matters which are presently set before the Court, i.e., hearing all motions, etc.

6. A complete and detailed discovery plan, including a firm cut–off date for discovery, as outlined in the Federal Rules of Civil Procedure, Rule 26(f)(2), and a proposed date for disclosure of expert witnesses.

7. Dates agreed to by all counsel for:
   (a) Filing pre–trial motions, with the understanding that motions will not be entertained after the agreed upon date. (No later than 45 days prior to the proposed Pre–Trial Conference date.)
   (b) Pre–Trial Conference date.
   (c) Trial date.

   All of these dates should be considered firm dates.   Dates should be set to allow the Court to decide any matters under submission before the Pre–Trial Conference is set.

8. At the conference referred to above, counsel are encouraged to discuss settlement, and the Court will expect a statement in the Joint Scheduling Report as to the possibility of settlement.  Counsel shall indicate when they feel a settlement conference is desired, and when it should occur, i.e before further discovery, after discovery, after pre– trial motion, etc.

9. A statement as to whether the case is a jury of non–jury case.

10. An estimate of the number of trial days required.   When counsel cannot agree, each party shall give his or her best estimate.

11. Whether either party requests bifurcation of trial or has any other suggestion for shortening trial.   It should be noted that all federal tort claim cases are bifurcated as a matter of course.

12. Whether this matter is related to any matter pending in this court or any other court, including any bankruptcy court.

13. Joint Scheduling Reports are to be e–mailed, in WordPerfect or Word format, to **owworders@caed.uscourts.gov**.


**SHOULD COUNSEL FAIL TO APPEAR AT THE MANDATORY SCHEDULING CONFERENCE, OR FAIL TO COMPLY WITH THE DIRECTIONS AS SET FORTH ABOVE, AN <u>EX PARTE</u> HEARING MAY BE HELD AND JUDGMENT OF DISMISSAL, DEFAULT, OR OTHER APPROPRIATE JUDGMENT MAY BE ENTERED, OR SANCTIONS, INCLUDING CONTEMPT OF COURT, MAY BE IMPOSED AND/OR ORDERED.**

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re.<br><br>STANDING ORDER IN ALL CIVIL CASES ASSIGNED TO U.S. DISTRICT JUDGE OLIVER W. WANGER | No. **1:10−CV−01463−OWW−DLB** |

1. Civil law and motion calendar is held on Mondays at 10:00 a.m. in Courtroom 3 (dispositive motions only; non−dispositive motions are heard by the assigned Magistrate Judge). <u>Pursuant to Local Rule 230(g), counsel are to notify the courtroom deputy clerk (559/499−5652 ) if it is anticipated that oral argument of their motion will exceed 20 minutes.</u> Scheduling Conferences are held on Wednesdays and Thursdays at 8:15 a.m.

2. Law and motion pleadings must be electronically filed by the close of business on the day the filing is due.

3. Counsel are expected to consult and conform with all provisions of the Local Rules relating to continuances, motions, and all other matters.  A proposed form of order shall be submitted with all motions and opposition papers.

4. Unless prior leave of court seven days before the filing date is obtained, all briefs or memoranda in civil cases shall not exceed 25 pages and briefs or memoranda in criminal cases shall not exceed 10 pages.  Reply briefs filed by moving parties shall not exceed 10 pages.

1  Briefs that exceed this limitation or sought to be filed after the required time will NOT BE
2  CONSIDERED.
3    5. <u>Joint</u> Scheduling Conference Statements and <u>Joint</u> Pre−trial Statements are required
4  and must be electronically filed in CM/ECF 7 days before the hearing date and shall be e−mailed,
5  in WordPerfect or Word format, to **owworders@caed.uscourts.gov**.
6    6. Local Rule 130 is augmented by addition of the requirement that type font or
7  printing shall not be smaller than CG Times 12 point or Courier 10 cpi, or other comparable
8  legible type, throughout the entire document.

14           SO ORDERED

17                /s/ OLIVER W. WANGER
18              UNITED STATES DISTRICT JUDGE