EDWARD GOMEZ
7263 E. Redlands Avenue
Fresno, CA 93727
(559) 259-3039

Plaintiff In Pro Per

**FILED**
OCT 06 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**LODGED**
OCT 0 6 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| EDWARD GOMEZ, an individual, | Case No. 1:10-CV-01463-OWW-DLB |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL** |
| WELLS FARGO HOME MORTGAGE; CAL-WESTERN RECONVEYANCE CORP; ZINC FINANCIAL, LLC; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; and DOES 1 individuals 1 through 100; inclusive, and ROES Corporations 1 to 30, inclusive; and all other persons and entities unknown claiming any legal right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership or any cloud upon Plaintiff's title thereto, | Courtroom 3 Honorable Oliver W. Wanger |
| Defendants. | |

Pursuant to the stipulation filed by the parties hereto, and GOOD CAUSE APPEARING, the Court hereby orders as follows:

 1. These proceedings are hereby dismissed with prejudice as to ZINC FINANCIAL, LLC only.

/////

-1-

1  2. The previously scheduled hearing set for Monday, October 25, 2010, at 10:00 a.m. is hereby automatically vacated.

IT IS SO ORDERED.

Dated: /0-6 70

_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

-2-

Order re Dismissal