UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EDWARD GOMEZ,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WORLD SAVINGS BANK FSB,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, WELLS FARGO<br>BANK, CAL WESTERN RECONVEYANCE<br>CORP; and DOES 1 through 100, inclusive<br><br>                    Defendants. | Case No.  1:10-CV-01463-OWW-DLB<br><br>[Assigned to Hon. Oliver W. Wanger, District<br>Judge, Courtroom 3]<br><br><br><br>**ORDER DISMISSING FIRST AMENDED**<br>**COMPLAINT AGAINST DEFENDANT**<br>**WELLS FARGO BANK, N.A. (AND ITS**<br>**INTERNAL DIVISIONS WELLS FARGO**<br>**HOME MORTGAGE AND WACHOVIA**<br>**MORTGAGE) WITH PREJUDICE** |

On December 13, 2010, this Court issued its *Memorandum Decision Regarding Motion to Dismiss (Doc. 16)*, sustaining, with prejudice, the Motion to Dismiss Plaintiff's First Amended Complaint against defendant WELLS FARGO BANK, N.A., (including its internal division Wells Fargo Home Mortgage and Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, and World Savings Bank, FSB, sued as "Wells Fargo Bank, successor to Wachovia Mortgage FKA World Savings Bank, FSB" ("WELLS FARGO BANK").

/ / /

Accordingly:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    First claim for relief:  "*Predatory Lending*" is DISMISSED, with prejudice;

2.    Second claim for relief:  "*RESPA*" is DISMISSED, with prejudice;

3.    Third claim for relief:  "*Unfair Competition Law Claims*" is DISMISSED, with

PDF created with pdfFactory trial version www.pdffactory.com

1  prejudice;

2  4.  Fourth claim for relief:  "*Conspiracy to Commit Fraud, Conversion*" is DISMISSED,

3  with prejudice;

4  5.  Fifth claim for relief:  "*Conspiracy to Commit Fraud, MERS System*" is DISMISSED,

5  with prejudice;

6  6.  Sixth claim for relief:  "*Unjust Enrichment*" is DISMISSED, with prejudice;

7  7.  Seventh claim for relief:  "*Vacate and Set Aside Foreclosure*" is DISMISSED, with

8  prejudice;

9  8.  Eighth claim for relief:  "*Quiet Title*" is DISMISSED, with prejudice;

10  9.  Ninth claim for relief:  "*Fraud*" is DISMISSED, with prejudice;

11  10.  Tenth claim for relief:  "*Cal. Civ. Code §§ 1916.7, 1920, 1921*" is DISMISSED, with

12  prejudice;

13  11.  Eleventh claim for relief:  "*Inspection and Accounting*" is DISMISSED, with

14  prejudice;

15  12.  Twelfth claim for relief:  "*Injunctive and Declaratory Relief*" is DISMISSED, with

16  prejudice;

17  IT IS HEREBY ORDERED:

18  1.  Plaintiff's First Amended Complaint is DISMISSED in its entirety, with prejudice;

19  2.  Defendant's Motion to Strike (Doc. 17) is MOOT.

20

21  Dated:  December 29, 2010                    /s/ OLIVER W. WANGER
                                               UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

CASE NO. 1:10-CV-01463-OWW-DLB
ORDER DISMISSING FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com