1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD GOMEZ,                    )          1:10-cv-01463-- -SMS
                                      )
12          Plaintiff,                )          **ORDER FOR PRO SE PLAINTIFF**
                                      )          **TO PERSONALLY APPEAR AND**
13   vs.                              )          **SHOW CAUSE WHY CASE SHOULD**
                                      )          **NOT BE DISMISSED FOR LACK**
14   WORLD SAVINGS BANK FSB,          )          **OF PROSECUTION**
     et al.,                          )
15                                    )          **ORDER DIRECTING CLERK TO**
            Defendants.               )          **SERVE PRO SE PLAINTIFF BY**
16   _____)          **MAIL**

17                                               Date:   1/11/12
                                                 Time:   10:00 a.m.
18                                               Ctrm:   One ~ 8th Floor

19

20        On November 17, 2011, this Court issued an order to show cause

21   (Doc. 29) why sanctions should not be imposed for failure to comply

22   with the Court's order of September 14, 2011 (Doc. 27), requiring

23   the parties to complete and file a Consent or Decline form within

24   thirty (30) days.  The Court's order of November 17, 2011, afforded

25   the parties an opportunity to file a written response to the order

26   to show cause -OR- simply file the required Consent/Decline form,

27   within ten (10) days or by November 27, 2011.

28   //

                                       1

On November 23, 2011, Wells Fargo Bank, N.A., filed a Consent form (Doc. 31), together with a response (Doc. 30) to the order to show cause.

On November 29, 2011, Cal-Western Reconveyance Corporation filed a Consent form (Doc. 32), together with a declaration of non-monetary status (Doc. 33).

To date, pro se plaintiff Edward Gomez has not responded to the Court's orders of September 14, 2011 or November 17, 2011, and is therefore not diligently prosecuting this case.

The Court possesses the discretionary authority to dismiss an action based on plaintiff's failure to prosecute diligently. Fed. R. Civ. P. 41(b); Schwarzer, Tashima & Wagstaffe, <u>Fed. Civ. Proc. Before Trial</u> ¶ 16:431 (1997). Unreasonable delay by plaintiff is sufficient to justify dismissal, even in the absence of actual prejudice to the defendant <u>(Moore v. Telfon Communications Corp.</u>, 589 F.2d 959, 967-68 (9th Cir. 1978)) since a presumption of injury arises from the occurrence of unreasonable delay. <u>Fidelity Philadelphia Trust Co. v. Pioche Mines Consol., Inc.</u>, 587 F.2d 27, 29 (9th Cir. 1978). Plaintiff then has the burden of showing justification for the delay and, in the absence of such showing, the case is properly dismissed for failure to prosecute. <u>Nealey v. Transportation Maritima Mexicana, S.A.</u>, 662 F.2d 1275 (9th Cir. 1980).

THEREFORE, IT IS HEREBY ORDERED:

1.   That this matter is set for hearing on January 11, 2012 at 10:00 a.m. in Courtroom No. 1 on the Eighth Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States

Magistrate Judge, for consideration of dismissal of this action for lack of prosecution by plaintiff.

2.   **Pro se plaintiff Edward Gomez must personally appear** at the hearing on January 11, 2012 at 10:00 a.m. in Courtroom No. 1 on the Eighth Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, while defense counsel shall appear telephonically via a single conference call to chambers at (559) 499-5690.

3.   If plaintiff has any reasons why this action should not be dismissed, they shall be submitted by sworn declaration of facts by **December 28, 2011,** to which plaintiff may append a supporting memorandum of law, to include (A) an explanation of the lack of activity in this case, and (B) shall list each specific step plaintiff plan to take to prepare this case for trial.

4.   Defendants may file a declaration or memorandum in response thereto, but are not required to do so, by **January 4, 2012**.


IT IS SO ORDERED.

**Dated:   November 30, 2011**          _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE

3